UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:06-00145 |
| | ) SENIOR JUDGE NIXON |
| MICOLE DAWSON | ) |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT**
**AS TO DEFENDANT MICOLE DAWSON**

The United States of America, by and through the Assistant United States Attorney below, hereby moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the charges in this case without prejudice as to defendant Micole Dawson. In support of this Motion, the government would state to the Court that the defendant has completed pre-trial diversion.

Respectfully Submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: _s/ Jimmie Lynn Ramsaur_
JIMMIE LYNN RAMSAUR
Assistant United States Attorney
110 Ninth Avenue, South
Suite A-961
Nashville, TN 37203-3870
Telephone: (615)736-5151

*Granted.* [handwritten notation with signature]

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Response was sent via the Court's electronic filing system, to Mr. Bob Lynch, this 7th day of November, 2011.

_s/ Jimmie Lynn Ramsaur_
JIMMIE LYNN RAMSAUR